EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rosa Vargas Hernández | 2005 TSPR 55 <br><br> 163 DPR ____ |

Número del Caso: TS-8437


Fecha: 8 de abril de 2005


Abogado del Peticionario:

Por derecho propio


Materia: Aclara que la Reinstalación incluía el ejercicio
como notaría.

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosa Vargas Hernández

                         TS-8437

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de abril de 2005.

    Vista la moción informativa de 1 de marzo de 2005, presentada por Rosa Vargas Hernández, se aclara que la reinstalación incluía el ejercicio como notaria.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo